**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6339

KELVIN TOYO HENRY, a/k/a Kevin Toyo Banks,

Plaintiff - Appellant,

v.

WARDEN OF GREENVILLE COUNTY DETENTION CENTER; THE STATE OF SOUTH CAROLINA; DETECTIVE SHAWN CUTTING; OFFICER T. KELLETT; FACEBOOK; NEWS BROADCAST FOX 21; NEWS BROADCAST 7,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Richard Mark Gergel, District Judge.  (8:22-cv-04380-RMG)

Submitted:  May 23, 2023                          Decided:  May 26, 2023

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Toyo Henry, Appellant Pro Se.  Eric Alan Shumsky, ORRICK, HERRINGTON & SUTCLIFFE, LLP, Washington, D.C., for Appellee Facebook.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Toyo Henry appeals the district court's order accepting the magistrate judge's recommendation and dismissing Henry's 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. §§ 1915, 1915A.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Henry v. Warden*, No. 8:22-cv-04380-RMG (D.S.C. Mar. 16, 2023).  We deny Henry's pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*